**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carolyn Morrison,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Mattamy Arizona, LLC, et al.,<br><br>　　　　Defendants. | No. CV-12-02295-PHX-PGR<br><br>ORDER |

　　　　IT IS ORDERED that the plaintiff's Application for Order Granting Withdrawal of Michelle R. Matheson and Matthew E. Walls (Doc. 36) is granted and Michelle R. Matheson, Matthew E. Walls, and the law firm of Matheson & Matheson, P.L.C. are withdrawn as counsel for the plaintiff.

　　　　IT IS FURTHER ORDERED that Plaintiff's Motion to Continue Scheduling Conference Set for February 4, 2007 [sic] (Doc. 38) is granted to the extent that the Scheduling Conference set for February 4, 2013 is vacated, as is the deadline for filing the Joint Case Management Report.

　　　　IT IS FURTHER ORDERED that this action is stayed in its entirety through April 1, 2013 in order to give the plaintiff the opportunity to obtain new counsel and to have that counsel, if any, file a notice of appearance in this action. If the plaintiff

is going to represent herself in this action, she must file a notice to that effect no later than April 1, 2013. The plaintiff is advised that this action may be dismissed for lack of prosecution if she fails to timely comply with this Order in any material respect.

IT IS FURTHER ORDERED that Plaintiff's Motion to Stay Proceedings (Doc. 15), Plaintiff's Motion for Extension of Time to Respond to Defendant's Written Discovery Requests (Doc. 31), and Defendant's Motion to Conduct February 4, 2013 Scheduling Conference by Telephone (Doc. 35) are all denied as moot in light of the Court's stay of this action.

IT IS FURTHER ORDERED that the plaintiff shall file a status report no later than April 19, 2013 that sets forth how her pending bankruptcy action impacts the status of her claims filed in this action, including whether any of the her claims raised in this action are assets of her bankruptcy estate to which her bankruptcy trustee has sole standing to litigate.

IT IS FURTHER ORDERED that the Clerk of the Court shall mail a copy of this Order to Carolyn Morrison, 5353 Shea St., Unit 106, Orlando, FL 32814.

DATED this 25th day of January, 2013.

Paul G. Rosenblatt
United States District Judge